UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE P. LUNNEY, JR,

                Plaintiff,

    -against-

THE CITY OF NEW YORK, ET AL,

                Defendants.

22-CV-7668 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 6, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 6, 2023
            New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                    Chief United States District Judge